| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Limbaugh, Jr., , Stephen N. | 2. Court or Organization<br><br>Eastern District of Missouri | 3. Date of Report<br><br>05/11/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

7. **Chambers or Office Address**

Rush Hudson Limbaugh, Sr. U.S. Courthouse
555 Independence St., Suite 4000
Cape Girardeau, MO 63703

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President, Board of Trustees | State Historical Society of Missouri |
| 2. | Member, Board of Trustees | Old McKendree Chapel |
| 3. | Member, Board of Directors | Southeast Missouri Symphony Advisory Board |
| 4. | Member, Board of Directors | Kellerman Foundation |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Missouri Judges ALJ Legislators & Elected Officials Retirement System, Pensions | $86,343.29 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Wells Fargo Advisors, salary and bonuses |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Montgomery Bank of Cape Girardeau, MO | Line of Credit | K |
| 2. | American Express | Credit Card | K |
| 3. | CitiCards | Credit Card | J |
| 4. | Nieman Marcus | Credit Card | J |
| 5. | Wells Fargo Bank | Promissory Note | N |
| 6. | Well Fargo | Margin/Loan Balance (X) | L |
| 7. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo IRA-SNL f/k/a Fundsource Conserv Growth (H) | | | | | | | | | |
| 2. - Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. -TWGIX | A | Dividend | K | T | Sold (part) | 08/27/14 | J | | |
| 5. | | | | | Sold (part) | 11/21/14 | K | | |
| 6. | | | | | Sold (part) | 12/08/14 | J | | |
| 7. -ARTVX | A | Dividend | | | Sold | 08/27/14 | K | | |
| 8. -DODFX | A | Dividend | J | T | Sold (part) | 08/27/14 | J | | |
| 9. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 10. | | | | | Sold (part) | 11/24/14 | K | | |
| 11. | | | | | Sold (part) | 12/08/14 | J | | |
| 12. -EIBIX | A | Dividend | J | T | Sold (part) | 08/27/14 | J | | |
| 13. | | | | | Sold (part) | 11/21/14 | J | | |
| 14. | | | | | Sold (part) | 12/08/14 | J | | |
| 15. -EILVX | A | Dividend | K | T | Sold (part) | 07/11/14 | J | | |
| 16. | | | | | Sold (part) | 08/27/14 | J | | |
| 17. | | | | | Sold (part) | 11/21/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/08/14 | J | | |
| 19.    -SGOIX | A | Dividend | J | T | Buy (add'l) | 08/28/14 | J | | |
| 20. | | | | | Sold (part) | 11/21/14 | J | | |
| 21. | | | | | Sold (part) | 12/08/14 | J | | |
| 22.    -GSZIX | A | Dividend | J | T | Buy | 08/28/14 | J | | |
| 23. | | | | | Sold (part) | 11/21/14 | J | | |
| 24. | | | | | Sold (part) | 12/08/14 | J | | |
| 25.    -FTIXX | A | Interest | J | T | Buy (add'l) | 08/28/14 | J | | |
| 26. | | | | | Sold (part) | 10/10/14 | J | | |
| 27. | | | | | Sold (part) | 11/21/14 | J | | |
| 28. | | | | | Sold (part) | 12/08/14 | J | | |
| 29.    -HACAX | A | Dividend | K | T | Sold (part) | 08/27/14 | J | | |
| 30. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 31. | | | | | Sold (part) | 11/21/14 | K | | |
| 32. | | | | | Sold (part) | 12/08/14 | J | | |
| 33.    -OAKBX | A | Dividend | K | T | Sold (part) | 08/27/14 | J | | |
| 34. | | | | | Sold (part) | 11/21/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/08/14 | J | | |
| 36. -JFLEX | A | Dividend | K | T | Buy (add'l) | 08/28/14 | J | | |
| 37. | | | | | Buy (add'l) | 10/03/14 | K | | |
| 38. | | | | | Sold (part) | 11/21/14 | K | | |
| 39. | | | | | Sold (part) | 12/08/14 | J | | |
| 40. -WOBDX | A | Int./Div. | K | T | Buy (add'l) | 08/28/14 | J | | |
| 41. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 42. | | | | | Sold (part) | 11/21/14 | K | | |
| 43. | | | | | Sold (part) | 12/08/14 | J | | |
| 44. -MGOYX | A | Dividend | J | T | Sold (part) | 08/27/14 | J | | |
| 45. | | | | | Sold (part) | 11/21/14 | J | | |
| 46. | | | | | Sold (part) | 12/08/14 | J | | |
| 47. -FARCX | A | Dividend | J | T | Sold (part) | 08/27/14 | J | | |
| 48. | | | | | Sold (part) | 11/21/14 | J | | |
| 49. | | | | | Sold (part) | 12/08/14 | J | | |
| 50. -HIEMX | A | Dividend | J | T | Buy (add'l) | 08/28/14 | J | | |
| 51. | | | | | Buy (add'l) | 12/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/21/14 | J | | |
| 53. | | | | | Sold (part) | 12/08/14 | J | | |
| 54.  -PTTRX | B | Dividend | | | Buy (add'l) | 08/28/14 | J | | |
| 55. | | | | | Sold | 10/02/14 | K | | |
| 56.  -PCRIX | A | Dividend | J | T | Sold (part) | 08/27/14 | J | | |
| 57. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 58. | | | | | Sold (part) | 11/21/14 | J | | |
| 59. | | | | | Sold (part) | 12/08/14 | J | | |
| 60.  -ORIYX | A | Dividend | J | T | Buy (add'l) | 08/28/14 | J | | |
| 61. | | | | | Sold (part) | 11/21/14 | K | | |
| 62. | | | | | Sold (part) | 12/08/14 | J | | |
| 63.  -DRPEX | A | Dividend | J | T | Sold (part) | 08/27/14 | J | | |
| 64. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 65. | | | | | Sold (part) | 11/21/14 | K | | |
| 66. | | | | | Sold (part) | 12/08/14 | J | | |
| 67.  -RVPHX | A | Dividend | J | T | Sold (part) | 08/27/14 | J | | |
| 68. | | | | | Sold (part) | 11/21/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/08/14 | J | | |
| 70. -CRIMX | A | Dividend | J | T | Sold (part) | 08/27/14 | J | | |
| 71. | | | | | Sold (part) | 11/21/14 | J | | |
| 72. | | | | | Sold (part) | 12/08/14 | J | | |
| 73. -VSOIX | A | Dividend | J | T | Buy | 08/27/14 | K | | |
| 74. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 75. | | | | | Sold (part) | 11/24/14 | K | | |
| 76. | | | | | Sold (part) | 12/09/14 | J | | |
| 77. | | | | | | | | | |
| 78. Wells Fargo Acct- MML Core Am LT Grow (H) - See Note 4 Part VIII | | | | | | | | | |
| 79. - Wells Fargo Bank- Deposit Sweep Acct | A | Interest | | | Sold | 09/02/14 | J | | |
| 80. -AMZN | A | Dividend | | | Buy | 07/01/14 | J | | |
| 81. | | | | | Sold | 09/02/14 | J | | |
| 82. -AMGN | A | Dividend | | | Sold | 09/02/14 | K | | |
| 83. -AAPL | A | Dividend | | | Sold | 09/02/14 | J | | |
| 84. -CAT | A | Dividend | | | Sold | 09/02/14 | K | | |
| 85. -ESRX | A | Dividend | | | Sold | 09/02/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -MCD | A | Dividend | | | Sold | 09/02/14 | J | | |
| 87. -MRK | A | Dividend | | | Sold | 09/02/14 | J | | |
| 88. -PEP | A | Dividend | | | Sold | 09/02/14 | J | | |
| 89. -PG | A | Dividend | | | Sold | 09/02/14 | J | | |
| 90. -WFC | A | Dividend | | | Sold | 09/02/14 | J | | |
| 91. | | | | | | | | | |
| 92. Wells Fargo IRA- MML (H) | | | | | | | | | |
| 93. -Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 94. -ARTQX | A | Dividend | J | T | Buy | 09/16/14 | J | | |
| 95. -ARGYX | A | Dividend | J | T | Sold (part) | 09/15/14 | J | | |
| 96. -ACSDX | A | Dividend | | | Sold | 09/15/14 | J | | |
| 97. -TMDPX | A | Dividend | J | T | | | | | |
| 98. -BUFSX | A | Dividend | J | T | Buy (add'l) | 09/16/14 | J | | |
| 99. -AEPGX | B | Dividend | L | T | Sold (part) | 12/10/14 | J | | |
| 100. -AEPFX (formerly listed as AEGFX) | A | Dividend | J | T | Buy (add'l) | 09/15/14 | J | | |
| 101. -FTIXX | A | Int./Div. | J | T | Sold (part) | 07/11/14 | J | | |
| 102. | | | | | Buy (add'l) | 09/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 10/10/14 | J | | |
| 104. -AGTHX | A | Dividend | L | T | Sold (part) | 12/10/14 | L | | |
| 105. -GFFFX (formerly listed as GFAFX) | A | Dividend | J | T | Sold (part) | 09/15/14 | J | | |
| 106. -HACAX | A | Dividend | J | T | Sold (part) | 09/15/14 | J | | |
| 107. -HAINX | A | Dividend | J | T | Buy (add'l) | 09/16/14 | J | | |
| 108. -HWMIX | A | Dividend | J | T | Sold (part) | 09/15/14 | J | | |
| 109. -AIVSX | A | Dividend | L | T | Sold (part) | 12/10/14 | L | | |
| 110. -ICAFX (formerly listed as AICFX) | A | Dividend | J | T | Buy (add'l) | 09/16/14 | J | | |
| 111. -KSCIX | A | Dividend | J | T | Buy (add'l) | 09/16/14 | J | | |
| 112. -MPEGX | A | Dividend | J | T | Sold (part) | 09/15/14 | J | | |
| 113. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 114. -NFFFX (formerly listed as NWFFX) | A | Dividend | J | T | Sold (part) | 09/16/14 | J | | |
| 115. -NEWFX | B | Dividend | M | T | Sold (part) | 12/10/14 | J | | |
| 116. -ODVYX | A | Dividend | J | T | Buy (add'l) | 09/15/14 | J | | |
| 117. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 118. -PCRIX | A | Dividend | J | T | Sold (part) | 09/15/14 | J | | |
| 119. SMCFX (formerly listed as SCWFX) | A | Dividend | J | T | Buy (add'l) | 09/15/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -SMCWX | B | Dividend | M | T | Sold (part) | 12/10/14 | K | | |
| 121.  -VSOIX | A | Dividend | J | T | | | | | |
| 122.  -WMFFX (formerly listed as WSHFX) | A | Dividend | J | T | Buy (add'l) | 09/16/14 | J | | |
| 123.  -COP | A | Dividend | J | T | Buy | 12/17/14 | J | | |
| 124.  -DEMIX | A | Dividend | J | T | Buy | 09/15/14 | J | | |
| 125. | | | | | | | | | |
| 126.  Wells Fargo 401k Plan (H) | | | | | | | | | |
| 127.  -Stable Value Fund (See Note 1 , Part VIII) | | None | L | T | Buy (add'l) | 01/04/14 | J | | |
| 128. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 129. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 130. | | | | | Sold (part) | 09/30/14 | L | | |
| 131. | | | | | | | | | |
| 132.  -Wells Fargo Non-ESOP Fund (See Note 1, part VIII) | A | Int./Div. | M | T | Buy (add'l) | 01/04/14 | J | | |
| 133. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 134. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 135. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 136. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Emerging Markets Equity Fund | A | Dividend | J | T | Buy | 09/30/14 | J | | |
| 138. | | | | | | | | | |
| 139. -International Index Fund | A | Dividend | J | T | Buy | 09/30/14 | J | | |
| 140. | | | | | | | | | |
| 141. -Russell Small Cap Index Fund | A | Dividend | K | T | Buy | 09/30/14 | J | | |
| 142. | | | | | | | | | |
| 143. -S&P Mid Cap Index Fund | A | Dividend | K | T | Buy | 09/30/14 | J | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. Excess Profit Sharing Deferred Comp Plan-MM (H) | | | | | | | | | |
| 148. -Cert of Deposit -12 mos | A | Interest | L | T | Buy (add'l) | 01/15/14 | K | | |
| 149. | | | | | | | | | |
| 150. WF Performance Award & Deferred Comp Plan-MML (H) | | | | | | | | | |
| 151. -Cert of Deposit -12 mos | A | Interest | N | T | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. 1/7 Int in River Bend Inv.-SNL&MML (See note 2 , part VIII) | | None | M | Q | | | | | |
| 155. | | | | | | | | | |
| 156. Limbaugh Lands, Inc.- SNL & MML (See note 3 , part VIII) | | None | K | U | | | | | |
| 157. | | | | | | | | | |
| 158. Bank of America Checking Account -MML | A | Interest | J | T | | | | | |
| 159. | | | | | | | | | |
| 160. Wells Fargo Stock Options (H) | | None | J | T | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. Wells Fargo Acct-Limbaugh Revocatble Trust MML & SNL Trustees (H) | | | | | | | | | |
| 164. - Wells Fargo Bank- Deposit Sweep Acct | A | Interest | J | T | | | | | |
| 165. -AMZN | A | Dividend | J | T | Buy | 09/02/14 | J | | |
| 166. -AMGN | A | Dividend | J | T | Buy | 09/02/14 | K | | |
| 167. | | | | | Donated (part) | | | | |
| 168. -AAPL | A | Dividend | J | T | Buy | 09/02/14 | J | | |
| 169. -CAT | A | Dividend | J | T | Buy | 09/02/14 | K | | |
| 170. | | | | | Donated (part) | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -ESRX | A | Dividend | J | T | Buy | 09/02/14 | K | | |
| 172. | | | | | Donated (part) | | | | |
| 173. -MCD | A | Dividend | J | T | Buy | 09/02/14 | J | | |
| 174. -MRK | A | Dividend | J | T | Buy | 09/02/14 | J | | |
| 175. -PEP | A | Dividend | J | T | Buy | 09/02/14 | J | | |
| 176. -PG | A | Dividend | J | T | Buy | 09/02/14 | J | | |
| 177. -WFC | A | Dividend | J | T | Buy | 09/02/14 | J | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII- Line 126 through 143
   Quarterly statements were provided.  Actual dates of transactions are not available.

2. Part VII- Line 154:
   The sole asset of River Bend Investments L.L.C. is a rehabbed 11-unit neighborhood apartment building in Cape Girardeau, MO.  Last appraisal was in 2007.

3. Part VII- Line 156
   Limbaugh Lands, Inc.  owns the 458-acre Limbaugh family homestead farm in Bollinger County, MO.  We own a small undivided interest.

4. Part VII- Line 78 through 90
   On September 2, 2014, all the investments in the account were transfereed to the Limbaugh Revocable Trust - See lines 163 through 177

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen N. Limbaugh, Jr.,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544